# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD C. WILLIAMS, | Case No. 3:22-cv-00376-CLB |
| Plaintiff, | **ORDER DISMISSING DEFENDANT FOR LACK OF SERVICE PURSUANT TO FED. R. CIV. P. 4(m)** |
| v. | |
| K. MCCOY, *et. al.,* | |
| Defendants. | |

The Complaint in this action was filed on February 8, 2023. (ECF No. 19.) The Court issued a notice of intent to dismiss Defendant W. George pursuant to Fed. R. Civ. P. 4(m) unless proof of service was filed by July 2, 2023. (ECF No. 36.) To date, no such proof of service has been filed.

Accordingly, **IT IS ORDERED** that the claims against W. George are dismissed without prejudice.

**DATED**: August 11, 2023.

_____

**UNITED STATES MAGISTRATE JUDGE**